# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:15-cr-00109-MR

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>           Plaintiff/Appellee,        )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>CURTIS E. LEYSHON,                   )<br>                                                          )<br>           Defendant/Appellant.   )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's "Motion to Except [sic] Late Filing" [Doc. 7] and the Defendant's "Motion for Reconsideration for an Extension of Time to File a Reply Brief with a Verified Affidavit" [Doc. 12].

Upon consideration of the reasons stated in the Defendant's motion [Doc. 7], the Court will accept the Defendant's late filing. The Defendant's motion for reconsideration of the Order denying his request to file a reply brief is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Except [sic] Late Filing" [Doc. 7] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendant's "Motion for Reconsideration for an Extension of Time to File a Reply Brief with a Verified Affidavit" [Doc. 12] is **DENIED**.

**IT IS SO ORDERED.**

Signed: April 11, 2016

Martin Reidinger
United States District Judge